IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-mc-00033-WYD

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on a review of the file.  This case was commenced through the filing of Plaintiff's Expedited Motion Pursuant to Fed.R.Civ. P. 65 for Preliminary Injunction Enjoining Further State Court Actions filed June 14, 2006.  The case must be dismissed, as Plaintiff did not file a complaint or any other pleading that properly commences a civil action.  *See* Fed. R. Civ. P. 3 ("[a] civil action is commenced by filing a complaint with the court").

Accordingly, it is

ORDERED that this case is **DISMISSED**.

Dated:  June 23, 2006

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge